# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Rosa Barta**, | Case No. SACV 16-00786 AG (DFMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **Target Corporation, et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated September 13, 2017

_____

Hon. Andrew J. Guilford
United States District Judge